**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:      Thomas Wayne Florence  **V.**  The State of Texas

Appellate case number:    01-11-00822-CR

Trial court case number:  10CR1217

Trial court:              56th District Court of Galveston County

Date motion filed:        December 5, 2013

Party filing motion:      Appellant

It is ordered that the motion for reconsideration en banc is **DENIED.**

Judge's signature: /s/ ___Evelyn V. Keyes_____
                        Acting for the Court

The en banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, and Brown.

Date: <u>January 14, 2014</u>